J.C. Patrascioiu/acm
CURL, GLASSON & PATRASCIOIU, P.L.C.
485 S. Main Ave., Bldg. 1
Tucson, AZ 85701
(520) 884-7777
Fax (520) 620-0921
jcp@curllaw.com
PCC No. 65961, State Bar No. 24836
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIEL NIXON and SELENA COLL, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DREAM STREET, INC. d/b/a CURVES CABARET, an Arizona Limited Liability Company; et al.,<br><br>Defendants. | CASE NO: CV-18-466-TUC-JAS<br><br>**CERTIFICATION IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS THE ACTION**<br><br>Hon. James A. Soto |

Counsel for Defendants hereby certifies, pursuant to LRCiv 12.1(C), that, prior to filing Defendants' Motion to Compel Arbitration and Stay or Dismiss the Action before filing the same Motion, he notified counsel for Plaintiffs of the issues asserted in the Motion and the parties were unable to come to an agreement.

DATED this 26th day of October 2018.

<div style="writing-mode: vertical">**CURL, GLASSON & PATRASCIOIU, P.L.C.**
485 S. Main Ave., Bldg. 1, Tucson, AZ 85701
(520) 884-7777 ❖ Fax (520) 620-0921
www.curllaw.com</div>

CURL, GLASSON & PATRASCIOIU, P.L.C.

By: /s/ J.C. Patrascioiu
    J.C. Patrascioiu
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jason Barrat
ZOLDEN LAW GROUP, PLLC
14500 N. Northsight Blvd., Ste. 133
Scottsdale, AZ 85260
jbarrat@zoldengroup.com
*Attorneys for Plaintiffs*

Clifford P. Bendau, II
BENDAU & BENDAU, PLLC
P.O. Box 97066
Phoenix, AZ 85060
cliffordbendau@bendaulaw.com
*Attorneys for Plaintiffs*

 /s/   ACM