# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Ariel Nixon** and **Selena Coll**, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Dream Street Inc. d/b/a Curves Cabaret,** an Arizona Limited Liability Company, **William V. Zanzucchi and Jane Doe Zanzucchi,** a married couple, **Timothy E. Zanzucchi and Jane Doe Zanzucchi II,** a married couple, and **Michael Pavon and Jane Doe Pavon,** a married couple;<br><br>Defendants. | Case No. 4:18-cv-00466-JAS<br><br><br><br>**ORDER**<br><br><br><br>**(Assigned to Hon. James A. Soto)** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 78) and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation.

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to Withdraw Kelsey Erickson's Opt-in to the Lawsuit.

The court notes Plaintiff Selena Coll failed to timely respond, indicating her intent to prosecute claims. Accordingly,

**IT IS FURTHER ORDERED** that **this case is dismissed with prejudice**, each party is to bear their own attorneys' fees and costs; all other pending motions are denied as moot. **The Clerk of the Court shall enter judgment and close the file in this case**.

Dated this 9th day of December, 2019.

Honorable James A. Soto
United States District Judge